UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: RESIDENTIAL PROPERTY, OUTBUILDINGS, VEHICLES LOCATED AT 111 GRAVES ROAD SODDY DAISY, TENNESSEE 37379 | Case No. 1:18-mj-25 |

## MOTION TO SEAL

COMES NOW the United States of America by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Terra L. Bay, Assistant United States Attorney, and respectfully requests that the search warrant affidavit be sealed. In support of this motion, the United States asserts the following:

1. This search warrant affidavit contains personal identifying information that is subject to redaction requirements pursuant to Rule 49.1 of the Rules of Criminal Procedure.

2. This search warrant affidavit also contains names of individuals who, after the execution of the search warrant, have been ruled out from criminal conduct. Just as matters of the grand jury must remain secret so that, *inter alia*, "persons who are accused but exonerated by the grand jury will not be held up to public ridicule," *Douglas Oil Company v. Petrol Stops Northwest*, 441 U.S. 211, 219 (1979), names of individuals who have been exonerated after a search warrant has been issued should also remain secret.

The United States thus requests the Court keep the search warrant affidavit under seal or, alternatively, permit the government to substitute the affidavit with a redacted version.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ Terra L. Bay
Terra L. Bay
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Terra L. Bay
Terra L. Bay
Assistant United States Attorney