UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THE RESIDENTIAL PROPERTY AT | ) | |
| 111 GRAVES RD, SODDY DAISY | ) | Case No. 1:18-mj-25-SKL |
| TENNESSEE 37379 | ) | |
| | ) | |

## SEALING ORDER

Before the Court is the government's motion to seal a search warrant and related documents pursuant to the redaction requirement of Fed. R. Crim. P. 49.1 [Doc. 1]. The government seeks to seal the personal identifiers of certain persons identified in the search warrant who have now been "exonerated." Although search warrants are exempt from the redaction requirement, Fed. R. Crim. P. 49.1(b), the Court finds that, in order to protect the personal identifiers of "exonerated" individuals, the identifiers listed in Fed. R. Crim. P. 49.1(a) should be redacted from the search warrant and supporting documents for the reasons asserted in the motion.

Accordingly, it is **ORDERED** that the motion to file the unredacted search warrant and supporting documents under seal [Doc. 1] is **GRANTED** pending further order of this Court and the United States Attorney's Office **SHALL** submit the appropriately redacted search warrant and supporting documents for filing to the Clerk's office within **seven days** of the entry of this order.

SO ORDERED.

ENTER:

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE